IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ISAM ABDELHAY,<br>7419 Beverly Manor Drive,<br>Annandale, Virginia 22003<br><br>    Plaintiff,<br><br>v.<br><br>THE CHEESECAKE FACTORY<br>RESTAURANTS, INC.,<br>26901 Malibu Hills Road,<br>Calabasas Hills. California 91301<br><br>    Defendant. | Case No. _____<br>Formerly Case No. 2021 CA 001006 B<br>Superior Court for the<br>District of Columbia |

## NOTICE OF REMOVAL

Defendant, The Cheesecake Factory Restaurants, Inc. ("TCF" or "Defendant"), by and through its undersigned attorneys, KIERNAN TREBACH LLP, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove the above-captioned matter to this Court. The grounds for removal are set forth below.

### Nature of Plaintiff's Claim

1. On or about March 30, 2021, Plaintiff Isam Abdelhay ("Plaintiff"), through counsel, filed the above action against Defendant in the Civil Division of the Superior Court for the District of Columbia, under Case No. 2021 CA 001006 B. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served in the Superior Court for the District of Columbia as of this date are attached hereto as **Exhibit A**.

2. The Complaint alleges that Plaintiff sustained injury on January 26, 2018, after slipping and falling due to liquid on the floor of the TCF restaurant located at 5345 Wisconsin Avenue, NW, Washington, D.C. 20015 (the "Restaurant").

3. The Complaint asserts two counts of Negligence against Defendant.

**Procedural Posture**

4. This action was initiated by Plaintiff on or about March 30, 2021.

5. Upon information and belief, Defendant was served via certified mail on its resident agent in the District of Columbia via a process server on April 5, 2021.

6. The Notice of Removal of this case to the United States District Court is being timely filed by Defendant within thirty (30) days after service was purportedly effected on TCF on April 5, 2021 pursuant to 28 U.S.C. § 1446(b)(2)(B).

**Parties**

7. Plaintiff alleges in Paragraph 1 of the Complaint that he is an individual residing in the Commonwealth of Virginia. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Plaintiff is a citizen of Virginia.

8. Defendant The Cheesecake Factory Restaurants, Inc. is a California corporation with its principal place of business in California. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, The Cheesecake Factory Restaurants, Inc. is a citizen of California.

**Jurisdiction and Venue**

9. This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a), (b) and (c).

10. This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a). Section 1332(a) provides in pertinent part as follows:

> (a) The district courts shall have original jurisdiction of all
> civil actions where the matter in controversy exceeds the

      sum or value of $75,000, exclusive of interest and costs,
      and is between-

    (1)  citizens of different States....

11. Plaintiff is a citizen of Virginia; Defendant The Cheesecake Factory Restaurants, Inc. is a citizen of California.

12. Plaintiff's Complaint seeks damages in the amount of $200,000.00, exclusive of interest and costs.

13. Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different states.

14. Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated his lawsuit and the jurisdiction in which the alleged incident occurred.

15. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the District of Columbia, and served along with written notice on Plaintiff's counsel of record. A copy of the Notice to the Clerk of Removal is attached hereto as **Exhibit B**.

16. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant.

WHEREFORE, Defendant The Cheesecake Factory Restaurants, Inc. hereby removes the above-captioned action, which is now pending in the Superior Court for the District of Columbia. DATED this 21st day of April, 2021.

        Respectfully submitted,

        /s/ Justin M. Cuniff
        Justin M. Cuniff, Esq. # 499196
        Carlos A. Uria, Esq. #1033890
        Kiernan Trebach LLP

One Park Place, Suite 425
Annapolis, MD 21401
Telephone: (443) 263-2800
Facsimile: (443) 263-2935
Email: jcuniff@kiernantrebach.com
Email: auria@kiernantrebach.com
*Counsel for Defendant The Cheesecake Factory Restaurants, Inc.*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ISAM ABDELHAY,<br>7419 Beverly Manor Drive,<br>Annandale, Virginia 22003<br><br>      Plaintiff,<br><br>v.<br><br>THE CHEESECAKE FACTORY<br>RESTAURANTS, INC.,<br>26901 Malibu Hills Road,<br>Calabasas Hills. California 91301<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>)  Formerly Case No. 2021 CA 001006 B<br>)  Superior Court for the<br>)  District of Columbia<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of April, 2021, a copy of the foregoing *Notice of Removal* was served via first class mail upon:

David M. Schloss, Esq.
Koonz, McKenney Johnson & DePaolis, L.L.P.
2001 Pennsylvania Avenue, NW, Suite 450
Washington, D.C. 20006
*Counsel for Plaintiff*

                                          /s/ Justin M. Cuniff
                                          Justin M. Cuniff, Esq. # 499196
                                          Carlos A. Uria, Esq. #1033890
                                          Kiernan Trebach LLP
                                          One Park Place, Suite 425
                                          Annapolis, MD 21401
                                          Telephone: (443) 263-2800
                                          Facsimile:  (443) 263-2935
                                          Email: jcuniff@kiernantrebach.com
                                          Email: auria@kiernantrebach.com
                                          *Counsel for Defendant The Cheesecake Factory*
                                          *Restaurants, Inc.*