Filed
D.C. Superior Court
03/30/2021 18:41PM
Clerk of the Court

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

ISAM ABDELHAY
7419 Beverly Manor Drive
Annandale, VA 22003

    Plaintiff,

v.

Civil Action No.: 2021 CA 001006 B

THE CHEESECAKE FACTORY
RESTAURANTS, INC.
26901 Malibu Hills Road
Calabasas Hills, CA 91301

SERVE: Corporation Service Company
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

    Defendant.

## COMPLAINT

COMES NOW, Plaintiff, Isam Abdelhay, by and through his undersigned counsel, David M. Schloss, of Koonz McKenney Johnson & DePaolis, LLP, and sues Defendant, The Cheesecake Factory Restaurants, Inc., based upon the following claims and allegations:

### THE PARTIES

1. Plaintiff is an adult resident of the Commonwealth of Virginia.

2. Defendant is a foreign corporation organized in the State of California

3. Defendant owns and operates restaurants known as "The Cheesecake Factory" throughout the United States, including in the District of Columbia.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
James Monroe Building
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, D.C. 20006

(202) 669-5500

## JURISDICTION

4. This suit arises from Defendant's tortious conduct at a restaurant located in the District of Columbia, which caused Plaintiff to suffer personal injuries while he was present at the restaurant.

5. This Court has subject matter jurisdiction over this action pursuant to D.C. Code §11–921(a), which broadly confers jurisdiction over civil matters, at both law and equity, upon the Superior Court.

6. This Court has personal jurisdiction over Defendant pursuant to § 13–423(a)(3), because Plaintiff's injuries occurred in the District of Columbia and were caused by Defendant's tortious acts or omissions within the District of Columbia.

## FACTUAL ALLEGATIONS

7. Defendant is the owner and operator of a restaurant known as "The Cheesecake Factory" (hereinafter referred to as "the restaurant"), located at 5345 Wisconsin Avenue, N.W., Washington, D.C. 20015.

8. On or about January 26th, 2018, Plaintiff went to get takeout from the restaurant.

9. Plaintiff picked up his food from the second floor of the restaurant.

10. After acquiring his food, Plaintiff began walking down the stairs to leave the restaurant.

11. One or more of the steps on the staircase were wet and slippery.

12. While walking down the stairs, Plaintiff slipped on one of the wet steps (hereinafter referred to as "the step"), fell down the staircase, and suffered serious bodily injuries.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
James Monroe Building
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, D.C. 20006

(202) 659-5500

## CLAIMS

### Count I: Negligence (Premises Liability)

13. As the owner of the restaurant, Defendant had a duty of reasonable care to maintain the premises in a reasonably safe condition for all persons lawfully present.

14. Defendant's duty of care required Defendant to undertake reasonable efforts to discover and remedy dangerous conditions on the premises, and to provide reasonable warning to customers of any dangerous conditions discovered but not yet remedied.

15. Prior to Plaintiff's fall down the stairs, Defendant either knew about the dangerous condition of the step, or should have discovered the dangerous condition of the step by reasonable inspection of the premises.

16. Prior to Plaintiff's fall down the stairs, Defendant negligently failed to make reasonable efforts to remedy the dangerous condition of the step and failed to warn its customers of the dangerous condition of the step.

17. Defendant's negligent failure to discover, remedy, and/or warn of the dangerous condition of the step, so as to maintain the premises in a reasonably safe condition, constitutes a breach of Defendant's aforementioned duty of reasonable care.

18. Defendant's negligence directly, factually and proximately caused Plaintiff to fall down the stairs and suffer bodily injuries.

19. Plaintiff incurred substantial costs, charges and expenses to obtain reasonable medical treatment of the injuries that he suffered.

20. Plaintiff experienced physical, mental and emotional pain and suffering due to his injuries.

LAW OFFICES
KOONZ McKENNEY
JOHNSON & DePAOLIS LLP
James Monroe Building
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, D.C. 20006

(202) 659-5500

3.

21. Plaintiff missed time from work due to his injuries and thereby suffered loss of income.

22. The physical and mental limitations imposed on Plaintiff by his injuries have reduced his future earning potential.

23. All of Plaintiff's aforementioned injuries, damages, and losses were directly, factually and proximately caused by Defendant's negligence, without any negligence by the Plaintiff contributing thereto.

### Count II: Negligence (Vicarious Liability)

24. Upon information and belief, Defendant employed one or more individuals (hereinafter referred to as "the primary tortfeasors") whose job duties included inspecting the premises of the restaurant for hazard such as spilled liquid, remedying any such hazards discovered, and warning customers of the existence of such hazards.

25. The primary tortfeasors owed a duty to exercise reasonable care in performing their aforementioned duties to inspect, remediate and warn.

26. The primary tortfeasors negligently failed to perform their aforementioned duties with reasonable care, and thereby failed to discover the dangerous condition of the step, to remedy the dangerous condition of the step, and/or to warn customers of the dangerous condition of the step.

27. The negligence of the primary tortfeasors in failing to discover, remedy and/or warn of the dangerous condition of the step was a factual and proximate cause of Plaintiff's fall and resultant injuries.

28. Defendant is vicariously liable, through the doctrine of *respondeat superior*, for the negligent acts or omissions of its employees committed within the scope of employment.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
James Monroe Building
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, D.C. 20006

(202) 659-5500

29. Defendant is therefore vicariously liable for Plaintiff's damages and losses, all of which were factually and proximately caused by the primary tortfeasors' negligent performance of their aforementioned job duties as employees of Defendant.

30. The negligence of the primary tortfeasors directly, factually and proximately caused Plaintiff to fall down the stairs and suffer bodily injuries.

31. Plaintiff incurred substantial costs, charges and expenses to obtain reasonable medical treatment of the injuries that he suffered.

32. Plaintiff experienced physical, mental and emotional pain and suffering due to his injuries.

33. Plaintiff missed time from work due to his injuries and thereby suffered loss of income.

34. The physical and mental limitations imposed on Plaintiff by his injuries have reduced his future earning potential.

35. All of Plaintiff's aforementioned injuries, damages, and losses were directly, factually and proximately caused by the negligence of the primary tortfeasors, for which Defendant is vicariously liable, without any negligence by the Plaintiff contributing thereto.

WHEREFORE Plaintiff, Isam Abdelhay, demands judgment against Defendant, The Cheesecake Factory Restaurants, Inc., in the amount of $200,000, as well as reasonable courts costs and post-judgment interest at the legal rate, and such other relief as the Court deems proper.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
James Monroe Building
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, D.C. 20006

(202) 859-5500

Respectfully submitted,

KOONZ MCKENNEY JOHNSON
& DEPAOLIS LLP


By: /s/ David M. Schloss
David M. Schloss #416523
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20006
(202) 822-1887
dschloss@koonz.com

Attorney for Plaintiff

## JURY DEMAND

Plaintiff respectfully requests a jury trial as to all issues alleged herein.

/s/ David M. Schloss
David M. Schloss

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
Jacob Movade Building
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, D.C. 20006

(202) 659-5500